IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENEA WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COMPASSIONATE HOME HEALTH<br>CARE INC., A HOME HEALTH AGENCY,<br>et al.<br>　　　　　Defendants. | Civil Action No.:<br>3:17-cv-07174-PGS-DEA |

### NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that Plaintiff, by and through the undersigned counsel, hereby gives notice all claims in the above-captioned action are voluntarily dismissed, without prejudice, as against all Defendants.

　　　　　　　　　　　　　　　　　　　　**SWARTZ SWIDLER, LLC**

　　　　　　　　　　　　　　　　　　　　By: /s/ Matthew Miller
　　　　　　　　　　　　　　　　　　　　　　Matthew D. Miller, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date:　August 31, 2018

SO ORDERED: [signature]
DATED:　　9/4/18